IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BETTY L. DAVIS, | ) |
|         Plaintiff, | )   2:10-cv-01212-GEB-GGH |
|   v. | )   ORDER GRANTING PLAINTIFF'S |
| AMTRAK, NATIONAL RAILROAD PASSENGER CORPORATION, | )   MOTION TO AMEND[*] |
|         Defendant. | ) |

On November 12, 2010, Plaintiff filed a motion in which she seeks leave to file the amended complaint attached to her motion. The motion is made under Federal Rule of Civil Procedure ("Rule") 15(a). Defendant does not oppose the motion.

Plaintiff's motion for leave to amend is granted. Plaintiff has seven days leave within which to file the amended complaint attached to her motion.

Dated: December 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[*] This matter is deemed suitable for decision without oral argument. E.D. Cal. R. 230(g).

1