IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Betty Davis,

        Plaintiff,

    v.

National Railroad Passenger Corporation dba Amtrak,

        Defendant.

2:10-cv-01212-GEB-GGH

ORDER RE: SETTLEMENT AND DISPOSITION

        Defendant filed a "Notice of Settlement" on December 29, 2011, in which it states, "this matter has settled as to all parties[,]" and requests the case "be placed on a 60-day compliance calendar to finalize all necessary settlement papers." (ECF No. 25.)

        Therefore, a dispositional document shall be filed no later than February 27, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

        Further, the final pretrial conference scheduled for hearing on February 13, 2012, is continued to commence at 2:30 p.m. on April 6, 2012, in the event no dispositional document is filed, or if this action

1

is not otherwise dismissed.[1] A joint pretrial statement shall be filed seven (7) days prior to the final pretrial conference.

IT IS SO ORDERED.

Dated:  January 3, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

---

[1] The final pretrial conference will remain on calendar, because the mere representation that a case has been settled does not justify vacating a scheduling proceeding. Cf. Callie v. Near, 829 F.2d 888, 890 (9th Cir. 1987) (indicating that a representation that claims have been settled does not necessarily establish the existence of a binding settlement agreement).

2